UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANNA TER-MARTIROSYAN and GAYNE YERITSYAN,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | NO. CV 20-11186-CBM (MAAx)<br><br>**ORDER DISMISSING ACTION [JS-6]** |

    Pursuant to the stipulation between Plaintiffs Anna Ter-Martirosyan and Gayne Yeritsyan, and Defendant United States of America, and good cause appearing therefor,

/ / /

/ / /

IT IS HEREBY ORDERED that this action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41.

Each party shall bear its own costs and attorney fees.

Dated: APRIL 18, 2022

THE HON. CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN S. GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section

  /s/ James E. Dochterman
JAMES E. DOCHTERMAN
Assistant United States Attorney

Attorneys for Defendant
UNITED STATES OF AMERICA